Nicole Owens
Federal Public Defender
D. Neil Price
Assistant Federal Defender
Federal Defender Services of Idaho
757 North 7th Avenue
Pocatello, Idaho 83201
(208) 478-2046

Attorneys for Andrea May Major

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

Honorable B. Lynn Winmill

| United States of America | No. 4:24-cr-00200-BLW |
|---|---|
| Plaintiff | **Unopposed Motion to Continue Trial** |
| v. | |
| Andrea May Major | |
| Defendant | |

Ms. Major respectfully moves to continue her trial readiness conference and trial for no less than 180 days. The conference is scheduled for March 13, 2025 and the trial for March 24, 2025. Ms. Major also requests a new deadline for filing pretrial motions.

This motion is based on the declaration below and is unopposed by the government. Should the parties resolve this case prior to any new trial setting, undersigned counsel will notify the Court immediately, so it can adjust its calendar accordingly.

Dated: March 6, 2025          Nicole Owens
                                        Federal Public Defender
                                        By:

                                        /s/ D. Neil Price
                                        D. Neil Price
                                        Assistant Federal Defender
                                        Federal Defender Services of Idaho
                                        Attorneys for Andrea May Major

## Declaration of D. Neil Price

I, D. Neil Price, declare:

1. I am an attorney licensed to practice in the state of Idaho, in the United States District Court for the District of Idaho, and the Ninth Circuit Court of Appeals.

2. My office has been appointed by the Court to represent Andrea May Major in this matter and the trial is currently set for March 24, 2025.

3. Given the voluminous amount of discovery in this case, additional time is needed to further review said discovery to adequately prepare for trial. I have consulted with counsel for co-defendants; their earliest availability for a trial in this case would be in September. I am requesting a continuance of at least 180 days.

4. Additionally, Ms. Major has filed a motion to dismiss the indictment; however, said motion is still pending disposition before the Court. This continuance is necessary to ensure that Ms. Major receives effective assistance of counsel.

5. This is the first request for a continuance. Ms. Major understands her rights under the Speedy Trial Act and waives those rights with respect to any continuance granted by this Court in response to this motion. Ms. Major also understands that any continuance will be considered by the Court as excludable time pursuant to 18 U.S.C. § 3161(h)(1)(D).

6.  To date, the government has been providing discovery in a timely fashion, pursuant to the Court's Procedural Order.

7.  I certify that this motion is brought in good faith and not for any purpose of improper delay.

8.  Government counsel has no objection to this request.

I declare under penalty of perjury that the above information is true and correct.

Dated: March 6, 2025

Nicole Owens
Federal Public Defender
By:

/s/ Neil Price
D. Neil Price
Assistant Federal Defender
Federal Defender Services of Idaho
Attorneys for Andrea May Major

– 5 –

**Certificate of Service**

I certify that I am an employee of the Federal Defender Services of Idaho, and that a copy of this document, including any attachments, was electronically served on the party or parties below.

Justin Paskett, Assistant U.S. Attorney


Dated: March 6, 2025  /s/ Leslie Davis
Leslie Davis